UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PREI ATTLEBORO ASSOCIATES, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-CV-10392-PBS |
| | ) |
| BUILDING ELEVEN REALTY, LLC, and | ) |
| NEW AGE TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, there being no answer on file, the plaintiff PREI Attleboro Associates, L.P., hereby voluntarily dismisses this action without prejudice against the defendants Building Eleven Realty, LLC and New Age Technologies, Inc.

Respectfully submitted,

PREI ATTLEBORO ASSOCIATES, L.P.

By its attorneys,

/s/ Katherine Y. Fergus
Barry C. Klickstein, BBO# 275160
Katherine Y. Fergus, BBO# 637989
Darlene D. Moreau, BBO# 648455
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(857) 488-4253
Fax no.: 857-488-4201
kyfergus@duanemorris.com

Dated: April 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on April 4, 2008 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Katherine Y. Fergus
Katherine Y. Fergus
kyfergus@duanemorris.com
